ACCEPTED
12-14-00143-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/27/2015 12:00:00 AM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.
## ATTORNEY AT LAW

Board Certified in Criminal Law

Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

July 25, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/25/2015 8:23:01 AM
CATHY S. LUSK
Clerk

Cathy Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE:    Joshua Ardry v. State
         Appeal Number:    12-14-00143-CR
         Trial Number:    114-0955-11

Dear Ms. Lusk,

I certify that I have complied with Texas Rule of Appellate Procedure 48.4 in this matter. If you have any questions, please feel free to contact me at any time.

Sincerely,

James Huggler

cc:    Mike West

First Place Building  •  100 East Ferguson, Suite 805  •  Tyler, Texas 75702
903-593-2400  •  www.jameshugglerlaw.com  •  Fax 903-593-3830

7013 2630 0000 4405 3286

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees | $

Postmark
Here

Sent To  Andry
Street, Apt. No.;
or PO Box No.  Robertson Undt
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

JOSHUA ANDRY
TDCJ # 01939977
ROBERTSON UNDT
12701 FM 3522
ABILENE, TX 79601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Guardiola
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Guardiola
C. Date of Delivery  7/5/15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type**
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**  ☐ Yes

**2. Article Number**
(Transfer from service label)
7013 2630 0000 4405 3286

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540